**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEITRI JACQUELYN BELL,

        Plaintiff,

  v.

STATE OF CALIFORNIA,

        Defendant.

                        /

No. C 13-04019 DMR (PR)

**ORDER OF TRANSFER**

On September 19, 2013, Plaintiff, a state prisoner incarcerated at the California Institute for Women ("CIW"), filed a *pro se* prisoner complaint pursuant to 42 U.S.C. § 1983.  Plaintiff also filed an *in forma pauperis* application.

On September 24, 2013, Plaintiff consented to magistrate judge jurisdiction in this matter.

The acts complained of occurred at CIW, which is located in the Eastern Division of the Central District of California, and it appears that Defendants reside in that district.  Venue, therefore, properly lies in that district and not in this one.  *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the Eastern Division of the United States District Court for the Central District of California.  The Clerk of the Court shall transfer the case forthwith.

All remaining motions are TERMINATED on this Court's docket as no longer pending in this district.

IT IS SO ORDERED.

Dated: October 17, 2013

DONNA M. RYU
United States Magistrate Judge

C:\Users\garciai\AppData\Local\Temp\notes06E812\~3893920.wpd